**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNA MARIE FRANCO, | Case No. 1:25-cv-00715 KES HBK |
| Plaintiff, | ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S APPEAL, DENYING DEFENDANT'S REQUEST TO AFFIRM, AND REMANDING PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |
| | Docs. 18, 20, 21, 22 |

Anna Marie Franco seeks judicial review of an administrative decision denying her application for a period of disability and disability insurance benefits under Title II of the Social Security Act.  Docs. 1, 22.  The magistrate judge found the administrative law judge "did not provide clear and convincing reasons, supported by substantial evidence, for rejecting Plaintiff's symptom claims."  Doc. 22 at 12; *see also id.* at 6-12.  The magistrate judge found a remand was appropriate for further proceedings.  *Id.* at 13.  The magistrate judge recommended that the Court grant Plaintiff's motion for summary judgment, remand for further proceedings, and enter judgment in favor of Plaintiff.  *Id.*

On June 5, 2026, the Court served the findings and recommendations on the parties and informed them that any objections were due within 14 days.  Doc. 22 at 13-14.  The Court

1

advised the parties that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal." *Id*. at 12, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).  Neither party filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review.  Having carefully reviewed the entire matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.  Thus, the Court ORDERS:

1.    The findings and recommendations dated June 5, 2026 (Doc. 22) are ADOPTED.

2.    Plaintiff's motion for summary judgment (Doc. 18) is GRANTED.

3.    Defendant's cross-motion to affirm the administrative decision (Doc. 20) is DENIED.

4.    The final decision of the Commissioner of Social Security is REVERSED.

5.    The matter is REMANDED for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), consistent with the Court's findings.

6.    The Clerk of Court is directed to terminate pending motions, enter judgment in favor of Plaintiff Anna Marie Franco and against Defendant Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated:    June 29, 2026

_____
UNITED STATES DISTRICT JUDGE

2